IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CANADA HOCKEY LLC; dba EPIC SPORTS, *et al*, | § § § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-3121 |
| | § |
| TEXAS A&M UNIVERSITY 12TH MAN FOUNDATION, *et al*, | § § § |
| Defendants. | § § |

## FINAL JUDGMENT

The Court hereby enters a judgment consistent with its prior order granting the motions to dismiss filed by Defendants the Texas A&M University Athletic Department, the Texas A&M 12th Man Foundation, Alan Cannon, and Lane Stephenson. (*See* Case No. 4:17-cv-181, Doc. No. 96). Accordingly, all claims brought against the Defendants by Plaintiffs Michael J. Bynum and Canada Hockey LLC are hereby dismissed with prejudice.[1]

All relief not granted in this judgment is denied.

SIGNED at Houston, Texas this 4th day of September, 2020.

Andrew S. Hanen
United States District Judge

---

[1] The Court notes that it has previously held that the Athletic Department has no capacity to be sued, and that the correct party substitute for the Athletic Department is Texas A&M University, who is entitled to sovereign immunity. (*See* Case No. 4:17-cv-181, Doc. No. 96 at 12–14).