United States District Court
Southern District of Texas
**ENTERED**
May 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-03121 |
|---|---|---|---|

Canada Hockey LLC et al

*versus*

Texas A&M University 12th Man Foundation et al

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen M. Doniger, Esq.<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>(310) 590-1820<br>CA, 179314 |
|---|---|

| Name of party applicant seeks to appear for: | Canada Hockey LLC, Michael J Bynum |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/28/2022 | Signed: /s/ |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 4/29/2022   Clerk's signature: R. Hawkins

**Order**

Dated: 5/2/22

This lawyer is admitted *pro hac vice.*

United States District Judge